THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHARLES C. MCKENZIE,              )
                                  )
      Plaintiff,                  )
                                  )
v.                                )         2:10-CV-782-TMH
                                  )            WO
GOVERNOR BOB RILEY, *et al.,*     )
                                  )
      Defendants.                 )

# ORDER

On October 15, 2010, the undersigned issued a Recommendation (Doc. 10) to the presiding District Judge in this case to which no timely objections have been filed.  Prior to the objections deadline, this case was reassigned to the undersigned as presiding judge.  *See* Doc. 14.  Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

    1.      The Recommendation (Doc. 10) of the Magistrate Judge is ADOPTED;

    2.      Plaintiff's Motion for Preliminary Injunction (Doc. No. 1) be DENIED; and

    3.      This case be referred back to the undersigned for additional proceedings.

Done this 3rd day of December, 2010.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE