IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES C. MCKENZIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:10-CV-782-TFM |
| | ) | [WO] |
| | ) | |
| GOVERNOR BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that:

1.    Plaintiff's requests for declaratory and injunctive relief with respect to his challenges to the Alabama Community Notification Act are DISMISSED for lack of subject matter jurisdiction;

2.    Plaintiff's challenges to the constitutionality of his ACNA convictions and sentences imposed upon him by the Circuit Court for Jefferson County, Alabama, are DISMISSED without prejudice as such claims are not properly before the court at this time;

3.    Defendants' motion for summary judgment with respect to Plaintiff's remaining § 1983 claims (*Doc. No. 27*) is GRANTED;

4.    Plaintiff's state law claims are DISMISSED without prejudice;

5.    Judgment is ENTERED in favor of Defendants and against Plaintiff;

6.     This case is DISMISSED with prejudice; and

7.     No costs are taxed.

The Clerk is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 29th day fo April 2013.


                                    /s/Terry F. Moorer
                                    TERRY F. MOORER
                                    UNITED STATES DISTRICT JUDGE